IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **MARKEYTA Y. JONES**, as Mother and Next Friend of **LAMAR D. HILL**, a minor, ) ) ) Plaintiffs, ) ) vs. ) ) **WALTER HOOD, CLIFFORD FIELDS, VERNON EDWARDS** and **EAST ST. LOUIS SCHOOL DISTRICT NO. 189**, ) ) ) ) ) Defendants. ) | Case No. 04-678-GPM |

## ORDER

Before the Court is plaintiff Markeyta Jones' motion to compel defendants to answer an interrogatory seeking information about any female student with the last name "McGee" attending the Alternative High School in 2003-2004. **(Doc. 22)**. Defendants respond that the motion is moot, because the interrogatory has been answered. **(Doc. 25)**. Plaintiff Jones has not refuted the defendants' assertion.

**IT IS HEREBY ORDERED** that plaintiff Markeyta Jones' motion to compel **(Doc. 22)** is **DENIED AS MOOT**.

IT IS SO ORDERED.

DATED:  June 2, 2005

                                          s/ Clifford J. Proud
                                            CLIFFORD J. PROUD
                                            U. S. MAGISTRATE JUDGE