## IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **MARKEYTA Y. JONES and LAMAR D. HILL,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| **vs.** ) | **CIVIL NO.  04-678-GPM** |
| ) | |
| **WALTER HOOD, CLIFFORD FIELDS, VERNON EDWARDS, and EAST ST. LOUIS SCHOOL DISTRICT 189,** ) | |
| ) | |
| **Defendants.** ) | |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT**.  This action came before the Court on the Joint Stipulation for Dismissal With Prejudice (Doc. 69) filed by the parties.

**IT IS ORDERED AND ADJUDGED** that pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) and the Joint Stipulation for Dismissal With Prejudice filed February 2, 2006, this action is **DISMISSED with prejudice**.  The parties shall bear their own costs.

**DATED**: 02/07/06

NORBERT G. JAWORSKI, CLERK

By: _s/ Linda M. Cook_____
        Deputy Clerk

APPROVED: _s/ G. Patrick Murphy_____
              G. PATRICK MURPHY
              CHIEF U.S. DISTRICT JUDGE